## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00139-KLM-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. CARLOS ROBERT PEREZ-RODRIGUEZ
2. **DOUGLAS DANIEL AMAYA-ARRIAGA**
3. AMILCAR ENRIQUE AGUILAR-HERNANDEZ

Defendants.

---

## NOTICE OF APPEARANCE OF COUNSEL

---

  COMES NOW Lynn Pierce, and hereby enters her appearance as court appointed counsel on behalf of Defendant.

  This the 21st day of June, 2019.

      BUTLER, LANDRUM & PIERCE, P.C.

      **/s/ *Lynn A. Pierce*** _____
      Lynn A. Pierce #18953
      720 Kipling Street, Suite 201
      Lakewood, CO  80215
      (303) 232-3888
      lpierce.blp@comcast.net
      **Attorney for Defendant**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of June, 2019, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all counsel of record.

      s/ Lynn Pierce _____